UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNA ANDERSON,

        Plaintiff,

    v.

PAMELA BONDI, in her official capacity as Attorney General,

        Defendant.

Civil Action No. 23-2674 (MAU)

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 21, 2025, the parties, by undersigned counsel, report as follows regarding the status of this matter.

1. During the status conference on May 21, 2025, the Court extended discovery to June 23, 2025, for the limited purpose of (1) affording time to Plaintiff to attempt to reschedule the deposition of a third-party witness (Sherran Thomas) who did not appear for a deposition previously noticed by Plaintiff and (2) affording time for the production to Defendant of medical records of a recently identified healthcare provider of Plaintiff (Dr. Uchechi T. Opaigbeogu). As to the former, Plaintiff states that, despite diligent efforts, Plaintiff was not successful in reaching Ms. Thomas to reschedule her deposition and does not plan to seek to compel compliance with a subpoena previously served on her. As to the latter, Defendant states that the office of Dr. Opaigbeogu provided medical records to Defendant in response to a subpoena issued by Defendant after Plaintiff advised that Plaintiff had not been successful in obtaining the records directly from the doctor for production to Defendant.

2. During the status conference on May 21, 2025, the Court also directed undersigned

counsel for Defendant to further confer with the agency on a possible referral of the case to mediation and to confirm in this status report that such a conferral occurred. In response to that direction, Defendant states that a Microsoft Teams meeting was held with the agency on June 5, 2025. By email dated May 30, 2025, moreover, Plaintiff's counsel provided an initial settlement demand for Defendant's consideration. Although that settlement demand was not accepted, Defendant states that it believes that mediation may be productive and joins with Plaintiff in requesting that the Court refer this case to mediation before establishing a summary judgment briefing schedule. The parties' preference is that the Court refer the case to a magistrate judge for mediation if possible.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

Dated: June 23, 2025	Respectfully submitted,

	JEANINE FERRIS PIRRO
	United States Attorney

	By: */s/ Jeremy S. Simon*
	JEREMY S. SIMON, D.C. Bar No. 447956
	Assistant United States Attorney
	601 D. Street, N.W.
	Washington, D.C. 20530
	(202) 252-2528
	jeremy.simon@usdoj.gov

	*Counsel for Defendant*

	And

	*/s/ Jordan Howlette*
	JORDAN HOWLETTE
	DC Bar No.: 15598
	Managing Attorney
	Justly Prudent
	1140 3rd St. NE
	Suite 2180
	Washington, DC 20002
	202-921-6005
	Fax: 202-921-7102
	Email: jordan@justlyprudent.com

	*Counsel for Plaintiff*